KATHERINE CRAMER v. CITY OF ATLANTIC CITY.

November 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CROOMS.

November 12, 1975. Petition for certification denied.

LAND O'PINES DEVELOPMENT CORPORATION v. TOWNSHIP OF HOWELL.

November 12, 1975. Petition for certification denied.

GEORGE C. TAYLOR v. NEW JERSEY STATE PAROLE BOARD.

November 12, 1975. Petition for certification denied.